IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| Marcus J. WINFIELD, | ) |  |
|---|---|---|
| Petitioner, | ) |  |
| v. | ) | CIVIL ACTION NO. 5:10-CV-231 (MTT) |
| Brian OWENS, COMMISSIONER, | ) |  |
| Respondent. | ) |  |

## ORDER

This matter is before the Court on the Recommendation to Dismiss (the "Recommendation") (Doc. 15) of United States Magistrate Judge Claude W. Hicks, Jr. The Magistrate Judge, having reviewed the Respondent's Motion to Dismiss (the "Motion") (Doc. 9), recommends granting the Motion because the Petitioner's federal writ of habeas corpus was not timely filed pursuant to 28 U.S.C. § 2244(d). The Petitioner filed an objection to the Recommendation (Doc. 16). Pursuant to 28 U.S.C. § 636(b)(1), the Court has thoroughly considered the Petitioner's objection and has made a de novo determination of the portions of the Recommendation to which the Petitioner objects.

The Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge. The Motion is **GRANTED**.

**SO ORDERED**, this the 19th day of October, 2010.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT