IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| MARCUS J. WINFIELD, | : | |
| Petitioner | : | |
| VS. | : | CIVIL ACTION NO.: 5:10-CV-231 (MTT) |
| BRIAN OWENS, Warden, | : | |
| Respondent | : | **ORDER** |

Before the Court is petitioner **MARCUS J. WINFIELD'S** application for a certificate of appealability ("COA") (R. at 20) from the Court's October 19, 2010 Order, which adopted the United States Magistrate Judge's Recommendation that Petitioner's habeas corpus action be dismissed as untimely filed pursuant to 28 U.S.C. § 2244(d). (R. at 15, 17).

Under 28 U.S.C. § 2253(c), a COA may issue only if the applicant has made a substantial showing of the denial of a constitutional right. For the reasons stated in the United States Magistrate Judge's Recommendation and this Court's Order accepting the same, the Court finds that petitioner has not made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2). Accordingly, the application for a COA is **DENIED**.

**SO ORDERED**, this 2nd day of November, 2010.

s/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT

lnb