IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

MARCUS J. WINFIELD, :
:
        Petitioner :
:
VS. :
: CASE NO.: 5:10-CV-231 (MTT)
BRIAN OWENS, :
:
        Respondent :
:

## **ORDER**

      Before the Court is petitioner **MARCUS J. WINFIELD'S** motion for leave to proceed *in forma pauperis* on appeal. (R. at 23). In a previous Order, the Court denied petitioner's application for a certificate of appealability. (R. at 21). Accordingly, petitioner's motion to proceed *in forma pauperis* on appeal is **DENIED AS MOOT**.

      **SO ORDERED**, this 22nd day of November, 2010.


                                       S/ Marc T. Treadwell
                                       MARC T. TREADWELL, JUDGE
                                       UNITED STATES DISTRICT COURT

lnb